1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

NORTHERN DISTRICT OF CALIFORNIA

10
11

CATHERINE SULLIVAN, on behalf of herself and all others similarly situated,

12

Plaintiff,

13

v.

14

KELLY SERVICES, INC.; and DOES 1 through 10, inclusive,

15
16

Defendants.

CASE NO. CV 08-03893 CW
Related to Case No. CV 07-02784 CW

**CLASS ACTION**

**ORDER TO VACATE AND RESCHEDULE FURTHER CASE MANAGEMENT CONFERENCE**

Courtroom:      2
Judge:            Claudia Wilken
Trial Date:       Not set

17
18
19
20
21
22

        Pursuant to the stipulation of the parties, and good cause appearing, the Further Case Management Conference scheduled for February 3, 2009 is hereby vacated.  The Further Case Management Conference is rescheduled to be held on March 31, 2009 at 2:00 p.m.

        **IT IS SO ORDERED.**

23
24
25

Dated: _____1/29/ 2009

26
27
28

_____
HON. CLAUDIA WILKEN
JUDGE OF THE SUPERIOR COURT

[PROPOSED] ORDER

1

CV 08-03893 CW