IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATHERINE SULLIVAN, | No. C 08-03893 CW |
|     Plaintiff, | ORDER TAKING MOTION UNDER SUBMISSION |
|   v. | |
| KELLY SERVICES, INC., | |
|     Defendant. | |

On April 28, 2009, Plaintiff filed a Request for Clarification of Minute Order. Defendant filed a response which did not address Plaintiff's Request. The Court is inclined to enter an order that all discovery taken in C-07-2784 CW, Sullivan v. Kelly, be treated as if it had been taken in the above-entitled case. If Defendant objects to such an order, it shall file a brief of no more than five pages, five days from the date of this order. Plaintiff may respond two days thereafter with a brief of no more than two pages. The matter will be decided on the papers.

IT IS SO ORDERED.

Dated: 5/4/09

CLAUDIA WILKEN
United States District Judge