IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATHERINE SULLIVAN, on behalf of herself and all others similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>KELLY SERVICES, INC., and DOES 1 TO 10, inclusive,<br><br>    Defendants.<br>_____/ | No. C 08-3893 CW<br><br>ORDER PERMITTING USE OF PRIOR DISCOVERY |

    IT IS HEREBY ORDERED that all discovery taken in <u>Sullivan v. Kelly</u>, Case No. C 07-2784 CW, shall be treated as if it had been taken in the present action.  Accordingly, no discovery taken in the prior case will be considered inadmissible solely on the basis that it was not taken in the present case.

    This order does not address whether any specific evidence is admissible under the Federal Rules of Evidence.  Either party may raise evidentiary objections at the appropriate time in the future.

    This order resolves Plaintiff's motion for clarification (Docket No. 20).

    IT IS SO ORDERED.

Dated: 5/21/09

                                           CLAUDIA WILKEN
                                           United States District Judge