1  E. JOSEPH CONNAUGHTON (SBN 166765)
jconnaughton@paulplevin.com
2  AARON A. BUCKLEY (SBN 202081)
abuckley@paulplevin.com
3  DOUGLAS R. CLIFFORD (SBN 231971)
dclifford@paulplevin.com
4  **PAUL, PLEVIN, SULLIVAN & CONNAUGHTON** LLP
401 B Street, Tenth Floor
5  San Diego, California  92101-4232
Telephone: 619-237-5200
6  Facsimile: 619-615-0700

7  Attorneys for Defendant KELLY SERVICES, INC.

8

9  ERIC A GROVER (SBN 136080)
eagrover@kellergrover.com
**KELLER GROVER LLP**
10  425 Second Street, Suite 500
San Francisco, CA  94107
11  Telephone:  415-543-1305
Facsimile:  415-543-7861
12

13  Attorneys for Plaintiff CATHERINE SULLIVAN

14

15                  UNITED STATES DISTRICT COURT

16           NORTHERN DISTRICT OF CALIFORNIA (OAKLAND)

| | |
|---|---|
| 17  CATHERINE SULLIVAN, on behalf of herself and all others 18  similarly situated,<br><br>19          Plaintiff,<br><br>20          v.<br><br>21  KELLY SERVICES, INC.; and DOES 1 through 10, inclusive,<br>22<br>          Defendants.<br>23 | CASE NO. CV 08-03893 CW<br>Related to Case No. CV 07-02784 CW<br><br>**CLASS ACTION**<br><br>**ORDER TO VACATE AND RESCHEDULE THE DEADLINE TO COMPLETE MEDIATION**<br><hr><br>Courtroom:        2<br>Judge:            Claudia Wilken<br>Trial Date:       Not set |

24

25

26

27

28

1   Pursuant to the stipulation of the parties, and good cause appearing, the date

2 for the parties to complete mediation (December 31, 2009) is hereby vacated.  The

3 parties must now complete mediation by April 27, 2010.

4   PURSUANT TO THE STIPULATION, **IT IS SO ORDERED.**

5

6   11/17

7 Dated: _____, 2009

                        _____

8                      HON. CLAUDIA WILKEN
UNITED STATES DISTRICT

9                      COURT, NORTHERN DISTRICT OF
CALIFORNIA

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28