# EXHIBIT UU

Exhibit UU
961

## <u>DECLARATION OF SANDRA RAMIREZ</u>

I, Sandra Ramirez, hereby declare as follows:

1.     I have personal knowledge of the facts set forth herein and, if called upon to do so, could and would testify competently to their truth.

2.     I make this declaration voluntarily. I have not been offered any benefit, reward or other form of compensation for my declaration. I have not received any benefit, reward or other form of compensation for my declaration either. Similarly, I have not been threatened with any adverse treatment were I to choose not to execute this declaration. I know that I do not have to sign this declaration.

3.     I have been a Kelly employee for approximately 2.5 years. I began working for Kelly as a temporary employee and made the transition to a permanent employee after approximately 2-3 months. I was hired as a permanent employee as a Staffing Supervisor. I am currently the Staffing Supervisor of Kelly's Fresno office.

4.     In my role as Staff Supervisor, I am responsible for arranging interviews, locating assignments for candidates with customers, and monitoring candidates while they are on an assignment.

5.     I recruit potential candidates mainly through word-of-mouth and customer referrals. I also post ads on internet job sites such as career builder.

6.     I recruit potential candidates for a wide variety of jobs, including clerical, administrative and customer service; but approximately 90 percent of my recruiting is focused on one major light-industrial client.

**Exhibit UU**
**962**

1

1    7.    Once I make contact with a potential candidate, I conduct a short

2  phone pre-screen.  For my light industrial potential candidates, this pre-screen usually

3  takes about 2 minutes.  I give the potential candidates information regarding the minimum

4  requirements for the light-industrial positions.  If the potential candidate meets the

5  requirements, I usually invite the potential candidate to come into the office.

6

7    8.    I do not get nearly as many potential candidates for clerical,

8  administrative and customer service positions.  For these potential candidates, the initial

9  process is similar.  I conduct a short phone pre-screen with the potential candidates and

10  ask them to forward me a copy of their resume, if they have one.  I do not generally ask

11  for a resume from the light-industrial potential candidates.

12

13    9.    Before coming to the office to speak with me, most potential

14  candidates for clerical, administrative, etc, fill out an online application which includes a

15  list of their skills and relevant work history.  The light-industrial potential candidates

16  typically fill out an application when they come into the office.

17

18    10.    Once in the office, potential clerical, administrative, and customer

19  service candidates take a series of short tests.  After successful results, the candidates are

20  then ready to interview.

21

22    11.    I send the candidates' names and/or resumes to customers who are

23  looking for temporary, temp-to-hire, or direct placement employees.

24

25    12.    Most customers want to interview before they make a job offer.  The

26  length of these interviews varies, but usually take about 15-20 minutes.  I have never

27  heard of an interview lasting longer than 30 minutes.  I help set candidates up for both

28  phone and in-person interviews.

**Exhibit UU
963**

2

13.    I help some candidates prepare for interviews.  If a candidate asks, I will tell them what I know about the customer, if anything, including what I think the customer may be looking for in a candidate.  Candidates who have worked on an assignment with Kelly before generally do not need interview advice.

14.    I have never attended a candidate's interview with a customer.  I have no control over what takes place at interviews with customers.  I do not receive a list of questions and I do not know what questions will be asked at the interviews.  I also do not have control over whether the customer ultimately decides to select the candidate for employment.

15.    I only find out what happens at an interview if either the candidate or the customer lets me know.

16.    No Kelly candidate has ever asked me to be paid for time spent interviewing for a potential assignment.  Nor has any employee ever submitted a time card for time that they spent interviewing for a potential assignment.  Also, I have never invoiced a customer for the time spent interviewing a Kelly candidate.

17.    The process for my light-industrial potential candidates is completely different.  The majority of my time, approximately 90 percent, is helping light-industrial potential candidates acquire placement.

18.    After filling out the application and the requisite releases for a background screen and drug-test, light-industrial potential candidates must wait for the results to come back.  This process takes about a week.

**Exhibit UU**
**964**

3

19.     After the week, if the candidate passes the background and drug screen, the candidate is placed in any open position that becomes available with my large light-industrial customer.  This customer never conducts interviews.

20.     Approximately 90 percent of the candidates I place never interview with the customer.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 1st day of February, 2010, at Fresno, California.

Sandra Ramirez

Exhibit UU
965

4

# EXHIBIT VV

Exhibit VV
966

# DECLARATION OF JANIE MANN

I, Janie Mann, hereby declare as follows:

      1.    I have personal knowledge of the facts set forth herein and, if called upon to do so, could and would testify competently to their truth.

      2.    I make this declaration voluntarily.  I have not been offered any benefit, reward or other form of compensation for my declaration.  I have not received any benefit, reward or other form of compensation for my declaration either.  Similarly, I have not been threatened with any adverse treatment were I to choose not to execute this declaration.  I know that I do not have to sign this declaration.

      3.    I have been a Kelly employee for 15 years.  I began working for Kelly as a recruiter in 1996 in Kelly's Fresno office.  In 1997 I moved into sales, and became the Resident Manager for Kelly's Fresno office.  In 1999 I moved to Kelly's Bakersfield office and stayed there until 2002 when I came back to Fresno.  I am currently the District Manger of Kelly's Fresno and Visalia territories.  These territories are a part of Kelly's commercial division.

      4.    In my role as District Manager, I manage the day-to-day operation of my district, which includes both the Fresno and Visalia territories.  I am a hands-on manager.  Sometimes I contribute to operations by helping with sales, and other times I help with recruiting or answering phones.  Each day is different.

      5.    In my district, we recruit for light-industrial workers, clerical workers, and customer service workers.  Generally, light-industrial and clerical workers make up the bulk of this recruiting.

**Exhibit VV**
**967**

1

6.      We find potential candidates mainly through word-of-mouth and customer referrals, but we also find potential candidates by placing postings on internet websites such as career builder.

7.      The positions offered in my district are temporary, temp-to-hire, and direct placement.  Temporary positions dominate the market now, but this has not always been the case.  Depending on the customer, the market changes.  At times, I have seen the direct placement portion of the business up to about 70 percent.

8.      Once a potential candidate contacts our offices, we do a very short phone pre-screen.  This usually takes about 5 minutes, but can run up to 10-15 minutes depending on the particular recruiter handling the pre-screen.  For individuals who are looking for clerical work, we usually request that they email, mail, fax, or walk-in a copy of their resume, if they have one.

9.      Potential candidates who we think may posses the skill sets we are recruiting for are then invited to come into the office to take a series of competency tests.  After successful tests, candidates are then ready to interview.

10.      We send the candidates' resumes and names to customers to see if there is any interest in interviews.  Depending on the customer, the interviews can range from a 10-15 minute phone interview to a full-blown in-person interview.  Interviews usually do not last longer than an hour and vary depending on the position, the candidate's aptitude, and the customer's interviewing system.

11.      Most customers want to interview candidates before making a hiring decision.

**Exhibit VV
968**

2

12.     Some candidates are registered with other temporary staffing agencies while they are also registered with Kelly.  I see no problem with this and I even encourage it in this day in age.

13.     If a candidate asks, or if I have some insight, I will give interview tips.  The content of the tips varies depending on my knowledge of the customer and the candidate's interest in the tips.  I usually give the tips by phone.

14.     I have no control over what takes place at interviews with customers. I have never attended a candidate's interview with a customer.  Nor do I have control over whether the client ultimately selects the candidate for the assignment.

15.     I only find out what happens at an interview by asking the customer and the candidate what happened on the interview.  But sometimes I don't find out any information at all.

16.     No Kelly candidate has ever asked me to be paid for time spent interviewing for a potential assignment.  Nor has any candidate ever submitted a time card for the time that they spent interviewing for a potential assignment.

17.     I have never invoiced a customer for time that a Kelly candidate has spent interviewing for a potential assignment.

18.     If Kelly had to compensate each candidate for helping the candidate get a job, Kelly's business would be hurt tremendously.  Kelly would then be unable to help as many unemployed people become employed.

**Exhibit VV**
**969**

3

1    I declare under penalty of perjury under the laws of the State of California that the

2    foregoing is true and correct.

3

4    Executed this 1st day of February, 2010, at Visalia, California.

5

6

7                                                _____
                                                 Janie Mann
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27
                                                 **Exhibit VV**
28                                               **970**

                                                                                    4

# EXHIBIT WW

# <u>DECLARATION OF JENNIFER TOST</u>

I, Jennifer Tost, hereby declare as follows:

      1.     I have personal knowledge of the facts set forth herein and, if called upon to do so, could and would testify competently to their truth.

      2.     I make this declaration voluntarily.  I have not been offered any benefit, reward or other form of compensation for my declaration.  I have not received any benefit, reward or other form of compensation for my declaration either.  Similarly, I have not been threatened with any adverse treatment were I to choose not to execute this declaration.  I know that I do not have to sign this declaration.

      3.     I have been a Kelly employee for 10 years.  I have spent my entire time with Kelly at Kelly's Visalia office.  I began working for Kelly as a recruiting temporary employee and made the transition to permanent employee after one year.  I was promoted to Staff Supervisor after two years as a permanent employee.  Then, after about five years with Kelly, I was promoted to Senior Staff Supervisor.  I am currently the Senior Staff Supervisor of Kelly's Visalia office.

      4.     In my role as Staff Supervisor, I am responsible for arranging interviews, locating assignments for candidates with customers, and monitoring candidates while they are on an assignment.

      5.     I recruit potential candidates mainly through word-of-mouth and customer referrals. But I also post ads on internet job sites such as career builder.

**Exhibit WW**
**972**

1

6.      I recruit potential candidates for a wide variety of jobs and the focus changes with customers.  Right now, I am recruiting most aggressively for light-industrial work.

7.      Once I make contact with a potential candidate, I conduct a short phone pre-screen.  This pre-screen usually takes about 5-10 minutes, depending on whether or not the potential candidate has a lot of questions.  I usually give general info about our customers to the potential candidate.  If the potential candidate seems to have the skill set I am looking for, and the potential candidate is still interested, I usually invite the potential candidate to come into the office.

8.      Before coming into the office to speak with me, most potential candidates fill out an online application which includes a list of their skills and relevant work history.

9.      Once in the office, potential candidates take a series of short tests. After successful results, candidates are then ready to interview.

10.      I send the candidates' names and/or resumes to customers who are looking for temporary, temp-to-hire, or direct placement employees.

11.      Most customers want to interview before they make a job offer, but some customers are different.  Some customers just want me to send them candidates who the customer will hire without interviewing.  It all depends on each customer.

12.      Most interview last anywhere from 20-45 minutes.  But the length varies.  Some interviews are as short as 7-10 minutes.  I help set candidates up for both phone and in-person interviews.

**Exhibit WW**
**973**

2

13.     I help some candidates prepare for interviews.  I offer insight if I have it because I am interested in helping candidates get jobs.  If a candidate asks, I will tell them what I know about the customer, if anything.  I will also provide basic interview tips (e.g. appropriate dress).  Sometimes, the more qualified candidates do not ask me for any tips or advice.

14.     I have never attended a candidate's interview with a customer.  I have no control over what takes place at interviews with customers.  I do not receive a list of questions and I do not know what questions will be asked at the interviews.  I also do not have control over whether the customer ultimately decides to select the candidate for employment.

15.     I only find out what happens at an interview if either the candidate or the customer lets me know.

16.     No Kelly candidate has ever asked me to be paid for time spent interviewing for a potential assignment.  Nor has any employee ever submitted a time card for time that they spent interviewing for a potential assignment.  Also, I have never invoiced a customer for the time spent interviewing a Kelly candidate.

17.     If I was forced to pay candidates to go on interviews, I would send fewer candidates to interviews.  This would be the case because in order to save money I would be forced to only send the most qualified candidates for interviews.  I would no longer send marginally qualified employees to interviews because I would not be able to justify the expense. I would not be able to help as many unemployed people find jobs.

/ / /

Exhibit WW
974

3

1

2

3        I declare under penalty of perjury under the laws of the State of California that the

4    foregoing is true and correct.

5

6        Executed this 1st day of February, 2010, at Visalia, California.

7

8

9                                    Jennifer Tost

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Exhibit WW**
**975**

4

# EXHIBIT XX



Exhibit XX
976

## DECLARATION OF Jolanta Buschini

I, Jolanta Buschini, hereby declare as follows:

      1.     I have personal knowledge of the facts set forth herein and, if called upon to do so, could and would testify competently to their truth.

      2.     I make this declaration voluntarily.  I have not been offered any benefit, reward or other form of compensation for my declaration.  I have not received any benefit, reward or other form of compensation for my declaration either.  Similarly, I have not been threatened with any adverse treatment were I to choose not to execute this declaration.  I know that I do not have to sign this declaration.

      3.     I have been a Kelly employee for almost three years.  I have always worked at the Woodland Hills location.  I work as a Healthcare Recruiter and I am responsible for Kelly's professional/technical division in Nevada and parts of California.

      4.     In my role as Healthcare Recruiter, I am responsible for identifying potential candidates and connecting them with potential clients.  I only work with candidates who are interested in a position within the healthcare field.  I work with a wide range of different types of medical positions.

      5.     To identify potential candidates, I place postings on different job-building websites and with the California Employment Development Department.  Also, I receive referrals from candidates who I have already placed in positions, and current and potential customers.  From the referrals and postings, I receive a large number of resumes weekly.

**Exhibit XX**
**977**

1

6.      Once I receive a resume that meets the requirements and lists the skill set that I am looking for, I set up a phone pre-screen to determine exactly what the potential candidate is looking for and if I will be able to assist.   Generally, the phone pre-screen takes about 10-15 minutes, but depending on the level of the potential candidate, the time may vary up to about 25-30 minutes.  If the phone pre-screen goes well, and the potential candidate is near my location, I will invite the potential candidate down for an in-person meeting at my office.  If not, I invite the potential candidate to the closest Kelly office in their area.

7.      At my office, I have a short discussion with the potential candidates outlining the types of clients I have who are looking for employees.  Because most of the clients that I service are looking for employees with certain certifications and skill sets, the potential candidates are given a skills checklist and competency tests.  Most candidates choose to take the tests at home at their leisure, while others choose to use my office for the tests.  After a potential candidate passes the tests, then he or she will become a candidate, and I am ready to send their packet out to potential clients.

8.      If a potential candidate does not possess the required skills, or does not pass the competency tests, I can still sometimes help them.  If a potential candidate possesses other marketable skills, I will send their resume to other, non-healthcare, Kelly offices.  I know of a few potential candidates who ended up being placed in non-healthcare related positions after I forwarded their resume to another Kelly office.

9.      Sometimes, before I send a resume out, I help the candidate by offering suggestions to clean up the grammar and/or wording of their resume.  I always give any changes to the candidate for their approval.

**Exhibit XX**
**978**

2

10.     When I send out resumes to potential clients, I am not concerned if a candidate is also registered with another temporary agency.  I routinely inform candidates that they should get as much exposure as possible.

11.     If a client or potential client decides to interview one of my candidates, I always call the candidate to see what times the candidate has available.  Then I track back to the client and offer times which accommodate the candidate's schedule.  I am usually able to find a time that works for both parties.

12.     Candidates sometimes refuse interviews.  Candidates refuse the interviews for a variety of reasons.  Candidates are not removed from future consideration if they are unable to attend an interview I set up.  Those candidates are still considered for future placement.

13.     If the interview is going to go forward, I try and give candidates any tips that I can, regarding the interviewing process.  But I do not know what questions will be asked at the interviews and I am not given a list of questions from the client.  In fact, I have zero control over the length, content, or conduct of the interviews.  Whether or not a client decides to do a short phone interview or an in-depth personal interview is completely up to the client.  I have helped set up both phone and in-person interviews for candidates.

14.     Unless a candidate calls me, or I try and follow up with the client, I have no idea how each interview goes. Sometimes I'm privy to information why the client decided not to hire a candidate, and I'll gently let the candidate know why the client decided not to move forward.

**Exhibit XX**
**979**

3

15.     Although I will sometimes relay some information to a candidate who was not hired for a position, I have never disciplined a candidate for their conduct on an interview. My job is to try and put the people looking for jobs in contact with the companies looking for employees.

16.     If a candidate is refused a position, I still try and help find them another position.

17.     No candidate has ever asked me to pay them for the time they spend interviewing with a client or potential client for a position. I have never invoiced a client for the time a candidate spends at an interview.

18.     If we had to pay every candidate for the time he or she spent interviewing for jobs, then temporary agencies would go out of business and a lot of people who need help finding jobs would be unemployed. Furthermore, I believe the unemployment ratio in California would rise. The reason I enjoy my job is because everyday I help people find gainful employment, often when they need it most.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 29th day of February, 2010, at Woodland Hills, California.

Jolanta Buschini

**Exhibit XX**
**980**

4

# EXHIBIT YY

**Exhibit YY**
**981**

## DECLARATION OF MONIQUE LECLAIR

I, Monique LeClair, hereby declare as follows:

      1.     I have personal knowledge of the facts set forth herein and, if called upon to do so, could and would testify competently to their truth.

      2.     I make this declaration voluntarily. I have not been offered any benefit, reward or other form of compensation for my declaration. I have not received any benefit, reward or other form of compensation for my declaration either. Similarly, I have not been threatened with any adverse treatment were I to choose not to execute this declaration. I know that I do not have to sign this declaration.

      3.     I have been a Kelly employee since June 2009. I currently work as a Staffing Supervisor. Before I was a Staffing Supervisor I was a temporary employee for Kelly. I worked in an administrative capacity. I was a temporary employee for four months before becoming a permanent employee for Kelly.

      4.     In my role as a Staffing Supervisor, I am responsible for placing and managing individuals in temporary positions. The main types of positions I help place individuals in are administrative. A significantly smaller portion of the positions I attempt to place individuals in are considered "light industrial."

      5.     In general, I review potential candidate's resumes online before they come into Kelly offices to speak with me about placement. Candidates who would like Kelly's help voluntarily come into Kelly's office to speak to me about potential placement. Once a candidate comes in to my office seeking placement, my goal is to see if I can match their skill set with one of Kelly's clients or potential clients.

6.     During their visit to my office, I speak with candidates for anywhere from 15-25 minutes about their job goals and desires and I decide if their goals are something I think that I can help them with.  If I am able to assist, I aide potential candidates in different ways.  Sometimes I help potential candidates tailor their resume for certain clients by highlighting specific skill sets, and sometimes I offer Kelly's free tutorials if a potential candidate's skill set is not strong enough.  I offer these services to potential candidates for free, and Kelly is not compensated for them.

7.     After a candidate's office visit, I began sending their resume out to a network of companies who are looking for temporary or temporary-to-hire employees.

8.     It is not uncommon for candidates to be registered with more than one temporary employment agency.  The number of temporary agencies a candidate is registered with does not concern me.  I have sent resumes out for candidates who were also registered with other agencies.

9.     If a client or potential client decides to interview one of my candidates, I call the candidate to see if I can coordinate an interview time.  I always ask the candidate if the suggested interview time is ok with them.  Sometimes candidates re-schedule interviews because the time offered by the client is not a good time for them.

10.     Candidates are not removed from future consideration if they are unable to attend an interview I set up.  Candidates refuse interviews for various reasons and are still considered for placement.

11.     If the candidate asks, or if I think they may not know, I may spend about 5-10 minutes telling the candidate about the client's expectations. In these situations

1   I tell the candidate about the client's business and the types of employees the client

2   generally wants, or the types of candidates I have placed with the client before.

3

4          12.     Unless a candidate or a potential client calls me, or I call them and

5   inquire, I will not know how each interview went. I do not know what questions will be

6   asked and I am not given a list of questions before the interview.  If it happens that a client

7   calls me about a candidate it decided not to hire, at most I'll call the candidate and let the

8   candidate know why the client decided not to move forward.  I have never disciplined a

9   candidate for behavior on an interview.

10

11         13.     Interviews last for different amounts of time depending on various

12  factors.  Sometimes interviews are done over the phone while other interviews are short

13  "meet and greets."  Some interviews last 20 minutes, while some last an hour or more.  I

14  have no control over the length of the interviews.  It depends on each particular client.

15

16         14.     I have never invoiced a client for the time a candidate spent at an

17  interview.

18

19         I declare under penalty of perjury under the laws of the State of California that the

20  foregoing is true and correct.

21

22  Executed this 28th day of January, 2010, at Glendale, California.

23

24

25  _____

Monique LeClair

26

27

28

**Exhibit YY**
**984**

3

# EXHIBIT ZZ

Exhibit ZZ
985

# DECLARATION OF NICHOLAUS FRIDBLOM

I, Nicholaus Fridblom, hereby declare as follows:

1.     I have personal knowledge of the facts set forth herein and, if called upon to do so, could and would testify competently to their truth.

2.     I make this declaration voluntarily. I have not been offered any benefit, reward or other form of compensation for my declaration. I have not received any benefit, reward or other form of compensation for my declaration either. Similarly, I have not been threatened with any adverse treatment were I to choose not to execute this declaration. I know that I do not have to sign this declaration.

3.     I have been a Kelly Services, Inc. ("Kelly") employee since May 2007. I am Recruiter for Kelly IT, and have been since I started at Kelly. I work in the Costa Mesa branch for Kelly. In my role for Kelly, I am responsible for meeting the needs of clients, consulting with employees and helping them find a career path, placing and managing individuals in temporary positions and various other administrative duties.

4.     To help the employees with interviews, I give the employee any information that I might have about the manager that they'd be interviewing with, I give them hints as to qualifications and technologies that will help them stick out, and basic interviewing tips. The amount of time spent assisting them depends on what they already know, their ability to interview, the manager at the client, and the specific position.

5.     Sometimes it is the employee that is the pushing for me to prepare them for the interview. They want help and so they will call in to me for the help.

**Exhibit ZZ**
**986**

1

6.     No employee has ever asked me to be paid for time spent interviewing for a potential assignment.

7.     The length of interviews depends on the client, the position and the qualifications/technologies.  Some interviews might last just 10 minutes, depending on the client and the position.

8.     My documentation efforts related to interviews is intermittent.

9.     It is up the employee whether they want to attend the interview.  It is also the employee's decision whether to accept the position, if the client offers it.

10.     I have no control over what takes place during the actual interview.  I have no control over questions asked during an interview.

11.     Kelly also uses a Business Development Representative in most Kelly offices.  It is the Business Development Representative's job to market Kelly, create sales and orders for the office, and gather intel and insight into the clients that we work with or want to work with.  Many of the orders that I work on are for established clients but I will also perform marketing to attract new clients.  It is not the job of temporary employees to market for Kelly though.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 1st day of February 2010, at Costa Mesa, California.

*Nicholaus Fridblom*
Nicholaus Fridblom

**Exhibit ZZ**
**987**

2

# EXHIBIT AAA

Exhibit AAA
988

# DECLARATION OF RYAN KLEIN

I, Ryan Klein, hereby declare as follows:

1.     I have personal knowledge of the facts set forth herein and, if called upon to do so, could and would testify competently to their truth.

2.     I make this declaration voluntarily.  I have not been offered any benefit, reward or other form of compensation for my declaration.  I have not received any benefit, reward or other form of compensation for my declaration either.  Similarly, I have not been threatened with any adverse treatment were I to choose not to execute this declaration.  I know that I do not have to sign this declaration.

3.     I have been a Kelly ("Kelly") employee for approximately 10 years.  In that time, I have held many positions that, as part of the job duties, required that I help assign Kelly employees to work at clients.  I performed these job duties in both Southern California and Northern California, for both Kelly's commercial division and its professional/technical ("PT") division, which also included working as On-Site Manager for numerous Kelly clients.  I currently work as a Senior IT Recruiter at a Kelly branch in Costa Mesa, California and am responsible for managing the employment situation of Kelly employees, which also includes finding job assignments for Kelly employees/candidates.

4.     Sometimes we send non-Kelly employees (i.e. candidates) to interview for a position.

5.     Sometimes, clients ask to interview candidates/employees from Kelly before they work on an assignment.  When this happens, I assist with coordinating the

**Exhibit AAA**
**989**

1

1  interview and advise the candidate/employee of the details of the position if they express a

2  desire to seek the position.

3

4         6.      Sometimes, clients do not wish to interview candidates before they

5  work on an assignment.  For example, one client needs individuals to play video games

6  for compensation and it does not need interviews beforehand.  Also, in general, for the

7  shorter term assignments, clients can be less inclined to interview or open to a phone

8  interview instead.

9

10        7.      The process for each interview varies considerably.  For example, I

11 previously worked as an On-Site Manager at one of Kelly's major clients.  This particular

12 client tasked us with doing "mini-interviews" of candidates – sometimes for 100+

13 candidates – to determine the most qualified candidates for call center positions.  Many of

14 these positions had a very high turnover ratio, so the client was disinclined to spend time

15 interviewing for the positions.

16

17        8.      If a client asks for the contact information of an employee/candidate,

18 I will provide it to them depending on the circumstance and with the

19 candidate's/employee's permission.  This is especially true in cases where the client

20 wishes to perform a phone screening and needs to contact the employee directly.

21

22        9.      On occasion, I will attempt to find a new assignment for employees

23 even though they are already assigned to work at a Kelly client.  For example, if an

24 employee is disenchanted with their assignment and has explained to me that they are

25 looking to leave, or if the client has informed me that they are going to let the employee

26 go, I might look for additional assignments for the employee.

27

28

**Exhibit AAA**
**990**

2

1          10.     Sometimes, especially for manufacturing and warehouse

2   assignments, the "interview" is really nothing more than a tour of the facility.  I learn

3   about this by speaking with the client and the employee after the interview.  I believe

4   interviews for the commercial division are shorter than the ones for the PT division.

5   Typically, the client dictates the time spent interviewing candidates/employees.

6

7          11.     Over the years, I have developed my own style of preparing an

8   employee/candidate for their interview – if they wish to listen.  The amount of time that I

9   spend helping an employee/candidate prepare for an interview depends on many different

10   factors.  For example, it depends on the employee/candidate.  If I have helped the

11   employee/candidate prepare for an interview previously or if the employee has a lot of

12   experience interviewing, then I may spend very little time preparing them for the

13   interviews – sometimes just providing them with the when and where for the interviews.

14   Other times, the employee/candidate might specifically ask that I prepare them as much as

15   possible.  It also depends on the client.  Having worked with the clients in the past, I may

16   have information to relay to the employee/candidate to help them get the position.  Put

17   simply, there is no cookie-cutter way to prepare an employee/candidate for the interview.

18

19          12.     The amount of time that I spend preparing an employee/candidate for

20   their interview varies wildly.  Again, it depends on the employee/candidate, the client and

21   the position.  For low level contract positions, I might spend as little as 2-3 minutes

22   preparing an employee/candidate for the interview.  And, even for the high level positions

23   or where the employee/candidate asks me to provide a more extensive preparation for

24   their interview, the preparation might last 15-20 minutes.  I only provide as much help as

25   is requested or what I know about the client.  I make an effort not to waste the individual's

26   time preparing them for the interview, or putting them through unnecessary paperwork

27   before I have found them opportunity.

28

13.    In my experience, there are more "straight fills" in the commercial division than in the professional/technical division.  A "straight fill" is when the client does not wish to interview prior to accepting an employee for an assignment.  Whether a client accepts a straight-fill depends on many different factors, including the particular client, the particular hiring manager at the client, and even the rapport built up between the Kelly recruiter and the client.  For example, if the client has worked with the Kelly recruiter in the past, and the recruiter says they think an employee/candidate would perform well, the client is more inclined to accept an employee for an assignment without conducting an interview.

14.    I have attempted to persuade clients to not interview employees/candidates prior to placing them on an assignment (i.e. straight-fills) if the assignment is a short-term assignment, like one week or less.

15.    The length of interviews by clients varies significantly, depending on the client, the duration of the assignment, and the particular position (including whether it is temp-to-hire).  The length of interviews for commercial division employees/candidates is often less than that for PT employees/candidates.  Interviews for commercial division employees/candidates might last anywhere 5-30 minutes.

16.    Kelly emphasizes a structure that promotes treating its employees/candidates as if they are clients.  In a way, it feels like there are two clients in every hiring situation – the company that hires Kelly employees/candidates and the candidates/employees themselves.  It is our job to bring them together.  And that is the basic approach that I take towards my job.

17.     Kelly also offers a service line for direct hire placement, where it acts as a liaison between the candidate and the potential client, almost in a headhunter capacity.  We do not charge the candidates to represent them.

18.     I do not tell a Kelly employee that they must only work for Kelly. They can – and often do – attempt to get assignments through other temporary staffing companies simultaneously.  They might also be trying to get a job through their own efforts.

19.     The Kelly employees/candidates are self-marketing during the interview with clients.  They are telling the client about their talents and skills.  If the employees/candidates want it, I am here to help them prepare to do that.

20.     Each Kelly office typically has a Business Development Manager. The Business Development Manager is responsible for marketing and establishing new business for us – they are selling Kelly's business.  They are responsible for bringing in the orders.  This might mean cold calling, going into new or past clients, investigating open positions at potential clients, among many other duties.

21.     Kelly can also act as a payroll service for a client.  Facilitating interviews is not part of the standard payroll service provided by Kelly though.  When acting as a payroll service, the client conducts any interviewing of an individual before Kelly gets involved.  The individuals are not Kelly employees until after the client does any potential interviewing and then asks us to put them on the payroll.  There is an exception if the client requests a payroll service employee to come back for a new assignment; then the individual might still be on Kelly's books.  (It would depend on many different factors, including how much time had passed since the previous assignment.)

**Exhibit AAA**
**993**

5

22.     At times, in my role for Kelly, I have helped Kelly employees/candidates get non-temporary assignment positions at clients, even though it may not result in an order for Kelly.  I have also sent out emails to employees/candidates about job fairs, even though – again – the positions would not result in orders for Kelly if the employee/candidate is able to get the position.

23.     If Kelly is required to pay individuals for the time that they spend interviewing for an assignment, then I believe we would see a lot more unemployment claims if the employee does not get the position.  I also foresee that Kelly will have to change the structure of its workers' compensation program as the employee may then be on the clock during the interview.  In addition, I might need to monitor – and possibly attend – interviews to exert more control over the interview with the clients in some circumstances.

24.     A Kelly employee/candidate has the right to request not to be sent on interviews, in which case the Kelly representative would make their best efforts to find straight-fill assignment for them.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this _1st_ day of February 2010, at Costa Mesa, California.

Ryan Klein

**Exhibit AAA**
**994**

6

# EXHIBIT BBB

Exhibit BBB
995

# DECLARATION OF RENEE NATIONS

I, Renee Nations, hereby declare as follows:

1.      I have personal knowledge of the facts set forth herein and, if called upon to do so, could and would testify competently to their truth.

2.      I make this declaration voluntarily.  I have not been offered any benefit, reward or other form of compensation for my declaration.  I have not received any benefit, reward or other form of compensation for my declaration either.  Similarly, I have not been threatened with any adverse treatment were I to choose not to execute this declaration.  I know that I do not have to sign this declaration.

3.      I have been a Kelly employee for over ten years.  I am the District Manager for Monterey and San Benito Counties.  Part of my job duties are sales, customer service, filling orders, and employee management, which includes setting up interviews of employees at clients as necessary.

4.      I estimate that 5% of light industrial assignments require interviews before an employee works an assignment, while it is more often on clerical assignments.  Also, it is not uncommon for us to send non-Kelly employees (i.e. candidates) to interview for an assignment.

5.      When a client wishes to interview an employee before they begin an assignment, I will provide the details of the interview to the employee; I estimate that the time spent preparing the employee lasts about 5 minutes.

**Exhibit BBB**
**996**

1

6.      The decision to attend an interview with a customer is entirely at the discretion of the employee. They have a choice of whether to go or not and even have a choice as to time and day of the interview.

7.      Kelly has no control over what takes place at interviews with customers.

8.      No employee has ever asked me to be paid for the time that they spent interviewing for a potential assignment.

9.      An employee's interview with a client is not a marketing opportunity for Kelly. The employee is marketing themselves.

10.     If the Court were to rule that Kelly must pay employees for the time that they spend interviewing for a potential assignment, I foresee a lot of problems. Not all interviews are documented in Kelly's computer systems. I don't know how we would determine who went on interviews and how long they spent on interviews. In fact, sometimes an employee is already working on an assignment at a client when the client wants to interview the employee for an entirely different position; it is possible that the employee was paid for the interview if it occurred during working hours.

11.     I do not always put Kelly's logo on an employee's resume. For example, I have worked with one client for so many years that I do not bother to block out the employee's contact information or put Kelly's logo on it.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Exhibit BBB
997

2

1    Executed this 2nd day of February 2010, at Hollister, California.

2

3

4                                                    Renee Nations

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Exhibit BBB
998**

3

# EXHIBIT CCC

Exhibit CCC
999

# DECLARATION OF STEPHANIE HARRIS

I, Stephanie Harris, hereby declare as follows:

      1.      I have personal knowledge of the facts set forth herein and, if called upon to do so, could and would testify competently to their truth.

      2.      I make this declaration voluntarily.  I have not been offered any benefit, reward or other form of compensation for my declaration.  I have not received any benefit, reward or other form of compensation for my declaration either.  Similarly, I have not been threatened with any adverse treatment were I to choose not to execute this declaration.  I know that I do not have to sign this declaration.

      3.      I have been a full-time Kelly Services, Inc. ("Kelly") employee since 2005.  I am currently the On-Site Manager for Kelly at a large publishing company (part-time) and also work at Kelly's Monterey branch.  Among my duties, I handle recruiting, new hire orientation, and employee management, which includes coordinating interviews for employees at clients.

      4.      The large publishing company where I work as an On-Site Manager sometimes does interviews – depending on the position, the hiring manager, and whether they've worked at the company previously.  It really depends a lot.  Sometimes they'll call and ask me to see if a particular person is available.  Right now, the large publishing company is performing very few interviews before hiring a Kelly employee for an assignment, but it has fluctuated since I started with the company.

**Exhibit CCC**
**1000**

1

1            5.      In my work for the Monterey branch, I've noticed that some clients

2    always do interviews, some never do interviews and, for others, it depends on the position,

3    the duration of the assignment, and whether it is a temp-to-hire position.

4

5            6.      My preparation time with an employee for their interview is very

6    short – maybe 5 minutes.  Once I've set up an interview, I give them the "who, what,

7    when, where" for the interview.  Occasionally, I might tell them the dress for the position

8    but that is not part of my standard preparation.

9

10           7.      The decision to attend an interview with a customer is entirely at the

11   discretion of the employee.  In fact, if the employee does wish to interview, I will set the

12   interview for a time that is convenient for the employee.  Sometimes it is just a phone

13   interview too.

14

15           8.      Kelly has no control over what takes place at interviews with

16   customers.  I don't even know the questions that the customer is going to ask.

17

18           9.      No employee has ever submitted a time card for the time that they

19   spent interviewing for a potential assignment or otherwise asked to be paid for the time

20   that they spent interviewing for an assignment.

21

22           10.    The only way I know what takes place at an interview is if the

23   customer contacts us afterwards for feedback or if follow up with them.

24

25           11.    I never put Kelly's stamp or logo on an employee's resume.  This is

26   my personal practice.  In fact, sometimes the resume is locked as a pdf file and so I

27   forward the resume with the employee's contact information on it.

28                                                  **Exhibit CCC**
                                              **1001**

1      I declare under penalty of perjury under the laws of the State of California that the

2   foregoing is true and correct.

3

4      Executed this *2nd* day of February 2010, at Hollister, California.

5

6

7                                          _____
                                           Stephanie Harris

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Exhibit CCC
1002**

3

# EXHIBIT DDD

Exhibit DDD
1003

# DECLARATION OF SUSANA JIMENEZ

I, Susana Jimenez, hereby declare as follows:

      1.    I have personal knowledge of the facts set forth herein and, if called upon to do so, could and would testify competently to their truth.

      2.    I make this declaration voluntarily. I have not been offered any benefit, reward or other form of compensation for my declaration. I have not received any benefit, reward or other form of compensation for my declaration either. Similarly, I have not been threatened with any adverse treatment were I to choose not to execute this declaration. I know that I do not have to sign this declaration.

      3.    I have been a Kelly employee for almost seven years. I work at Kelly's branch in Hollister, California and worked at the Salinas branch before it shut down. I currently work as a Senior Supervisor. I have been in that position for about four years. I work in Kelly's commercial division.

      4.    As part of my job duties, I supervise, recruit, help set up interviews, and other duties related to managing the employment situation of Kelly's temporary employees.

      5.    Some customers wish to interview employees before the employee works on an assignment – it depends on the client, the season, and the workload. For example, some clients have "busy" seasons so they do not have time to interview and they rely on my recommendation on whom to accept for an assignment. It is rare in this location that customers will wish to interview employees though.

**Exhibit DDD**
**1004**

1

6.     In the rare situation where a customer wishes to interview, I will go over the job description with the employee to help them prepare for the interview. Really though, the preparation depends on the employee and how much they want to know. So the employee dictates the amount and type of preparation for an interview – it is employee-specific.

7.     I do not document every piece of information in Kelly's computer database related to interviews.

8.     It is common for Kelly's employees to try to get jobs through other temporary staffing companies while they are also employed by Kelly.

9.     I have never disciplined an employee for their behavior on an interview.

10.     It is up to the employee whether they want to attend an interview with a customer.

11.     I have never attended an employee's interview with a customer

12.     I have no control over what takes place at interviews with customers.

13.     No employee has ever asked me to be paid for the time that they spent interviewing for a potential assignment. In fact, they usually thank us afterwards for getting them the interview.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

**Exhibit DDD**
**1005**

2

1    Executed this 2 day of February 2010, at Hollister, California.

2

3

4                                                    _____
                                                          Susana Jimenez
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                                          **Exhibit DDD**
                                                             **1006**

                                                                        3

# EXHIBIT EEE

Exhibit EEE
1007

# DECLARATION OF DIONNE STOKES

I, Dionne Stokes, hereby declare as follows:

      1.    I have personal knowledge of the facts set forth herein and, if called upon to do so, could and would testify competently to their truth.

      2.    I make this declaration voluntarily. I have not been offered any benefit, reward or other form of compensation for my declaration. I have not received any benefit, reward or other form of compensation for my declaration either. Similarly, I have not been threatened with any adverse treatment were I to choose not to execute this declaration. I know that I do not have to sign this declaration.

      3.    I have been a Kelly Services, Inc. ("Kelly") employee since 2003. I currently work at Kelly's branch in Monterey, California and have been in that location since 2006. Before that, I worked in Kelly's Salinas office, which has since closed. I work in Kelly's commercial division. I am a Senior Supervisor. Part of my job duties are to take temporary orders from customers, review candidates, contact customers about candidates that may fill their needs, process time cards and various other administrative duties.

      4.    I estimate that maybe 15% of my customers wish to interview Kelly employees before accepting them for an assignment. It is the newer clients that tend to ask for interviews beforehand.

      5.    I try to discourage clients from interviewing Kelly's employees because Kelly has already screened the employee for their skills.

**Exhibit EEE**
**1008**

1

6.    I do not necessarily input information into KSN related to clients' interviews of Kelly's employees, but always keep handwritten notes. Whether I input information into KSN often depends on the client.

7.    I do not send employees to interview with clients to market Kelly; they are out there trying to market themselves. I do not tell employees to talk about Kelly during their interview. Nor have I ever provided the employee with literature about Kelly to give to the client. The employee is at the interview for themselves; Kelly is just the venue that helps them get a job.

8.    In the past, clients have asked for a "working interview" where the client gives a training to the employee before beginning an assignment. I consider this more than an interview though, so I have always ensured that the employee was paid for the time spent on their working interview.

9.    No employee has ever asked me to be paid for the time spent interviewing for a potential assignment.

10.    I have never attended an employee's interview with a client.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this _2_ day of February 2010, at Hollister, California.

_____
Dionne Stokes

**Exhibit EEE**
**1009**

2