E. JOSEPH CONNAUGHTON (SBN 166765)
jconnaughton@paulplevin.com
AARON A. BUCKLEY (SBN 202081)
abuckley@paulplevin.com
DOUGLAS R. CLIFFORD (SBN 231971)
dclifford@paulplevin.com
**PAUL, PLEVIN, SULLIVAN & CONNAUGHTON** LLP
401 B Street, Tenth Floor
San Diego, California 92101-4232
Telephone: 619-237-5200
Facsimile: 619-615-0700

Attorneys for Defendant KELLY SERVICES, INC.

ERIC A GROVER (SBN 136080)
eagrover@kellergrover.com
**KELLER GROVER LLP**
425 Second Street, Suite 500
San Francisco, CA 94107
Telephone: 415-543-1305
Facsimile: 415-543-7861

Attorneys for Plaintiff CATHERINE SULLIVAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA (OAKLAND)

| | |
|---|---|
| CATHERINE SULLIVAN, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>KELLY SERVICES, INC.; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. CV 08-03893 CW<br>Related to Case No. CV 07-02784 CW<br><br>**CLASS ACTION**<br><br>**ORDER TO VACATE AND RESCHEDULE THE DEADLINE TO COMPLETE MEDIATION**<br><br>Courtroom:  2<br>Judge:  Claudia Wilken<br>Trial Date:  Not set |

[PROPOSED] ORDER                              1                         CV 08-03893 CW

PAUL, PLEVIN,
SULLIVAN &
CONNAUGHTON LLP

1  Pursuant to the stipulation of the parties, and good cause appearing, the date
2  for the parties to complete mediation (April 27, 2010) is hereby vacated. The parties
3  must now complete mediation by July 30, 2010.
4  PURSUANT TO THE STIPULATION, **IT IS SO ORDERED.**

6  Dated: April 13, 2010

_____
HON. CLAUDIA WILKEN
UNITED STATES DISTRICT
COURT, NORTHERN DISTRICT OF
CALIFORNIA