1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA (OAKLAND)

| | |
|---|---|
| CATHERINE SULLIVAN, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>KELLY SERVICES, INC.; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. CV 08-03893 CW<br>Related to Case No. CV 07-02784 CW<br><br>**CLASS ACTION**<br><br>**[PROPOSED] ORDER TO VACATE AND RESCHEDULE THE DEADLINE TO COMPLETE MEDIATION**<br><br>Courtroom:   2<br>Judge:         Claudia Wilken<br>Trial Date:   Not set |

Pursuant to the stipulation of the parties, and good cause appearing, **IT IS ORDERED AS FOLLOWS:**

1. The deadline for the parties to complete mediation (July 30, 2010) is hereby vacated. The parties must now complete mediation by October 29, 2010.

2. The deadline for the parties to submit a notice plan (August 30, 2010) is hereby vacated. The parties must now submit a notice plan by November 12, 2010.

3. The Further Case Management Conference scheduled for September 14, 2010 at 2:00 pm is hereby vacated. The next Further Case Management Conference is now scheduled for November 16, 2010 at 2:00 p.m.

Dated: July 12, 2010

*/s/ Claudia Wilken*
HON. CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE