UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA (OAKLAND)

| | |
|---|---|
| CATHERINE SULLIVAN, on behalf of herself and all others similarly situated,<br><br>        Plaintiff,<br><br>   v.<br><br>KELLY SERVICES, INC.; and DOES 1 through 10, inclusive,<br><br>        Defendants. | CASE NO. CV 08-03893 CW<br>Related to Case No. CV 07-02784 CW<br><br>**CLASS ACTION**<br><br>**ORDER TO TAKE CLASS DECERTIFICATION MOTION OFF CALENDAR WITHOUT PREJUDICE**<br><br>Courtroom:   2<br>Judge:   Claudia Wilken<br>Trial Date:   Not set |

Pursuant to the stipulation of the parties, and good cause appearing, **IT IS ORDERED AS FOLLOWS:**

    1.    The hearing on Defendant Kelly Services, Inc.'s motion for class decertification, scheduled for December 2, 2010, is hereby vacated without prejudice.

    2.    Defendant may file a subsequent motion for class decertification.

Dated: October 25, 2010

_____
HON. CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

PAUL, PLEVIN,
SULLIVAN &
CONNAUGHTON LLP

[PROPOSED] ORDER                  1                  CV 08-03893 CW