1  ERIC A GROVER (SBN 136080)
   eagrover@kellergrover.com
2  **KELLER GROVER LLP**
   425 Second Street, Suite 500
3  San Francisco, CA  94107
   Telephone:  415-543-1305
4  Facsimile:  415-543-7861

5  Attorneys for Plaintiff CATHERINE SULLIVAN

6  E. JOSEPH CONNAUGHTON (SBN 166765)
   jconnaughton@paulplevin.com
7  AARON A. BUCKLEY (SBN 202081)
   abuckley@paulplevin.com
8  DOUGLAS R. CLIFFORD (SBN 231971)
   dclifford@paulplevin.com
9  **PAUL, PLEVIN, SULLIVAN & CONNAUGHTON** LLP
   401 B Street, Tenth Floor
10 San Diego, California  92101-4232
   Telephone: 619-237-5200
11 Facsimile: 619-615-0700

12 Attorneys for Defendant KELLY SERVICES, INC.

13

14                **UNITED STATES DISTRICT COURT**

15              **NORTHERN DISTRICT OF CALIFORNIA (OAKLAND)**

| | |
|---|---|
| 16  CATHERINE SULLIVAN, on behalf of herself and all others similarly situated, | CASE NO. CV 08-03893 CW<br>Related to Case No. CV 07-02784 CW |
| 17 | |
| 18          Plaintiff, | CLASS ACTION |
| 19     v. | **ORDER TO VACATE AND RESCHEDULE CASE MANAGEMENT CONFERENCE** |
| 20  KELLY SERVICES, INC.; and DOES 1 through 10, inclusive, | |
| 21          Defendants. | Courtroom:    2<br>Judge:         Claudia Wilken<br>Trial Date:    Not set |
| 22 | |

[~~PROPOSED~~] ORDER                                          CV 08-03893 CW

1 | Pursuant to the request of the parties, and for the reasons outlined in the November 9, 2010 Joint Case Management Statement, the November 16, 2010 case management conference is continued to **December 14, 2010** at 2:00 p.m. An updated Joint Case Management Statement shall be filed seven days in advance of the conference.

**IT IS SO ORDERED.**

Dated: **November 10, 2010**

HON. CLAUDIA WILKEN
UNITED STATES DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA