UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA (OAKLAND)

| | |
|---|---|
| CATHERINE SULLIVAN, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>KELLY SERVICES, INC.; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. CV 08-03893 CW<br>Related to Case No. CV 07-02784 CW<br><br>**CLASS ACTION**<br><br>**ORDER REGARDING STIPULATION ON SCHEDULING ORDER**<br><br>Courtroom:   2<br>Judge:   Claudia Wilken<br>Trial Date:   Not set |

Pursuant to the stipulation of the parties, and good cause appearing, **IT IS ORDERED AS FOLLOWS:**

1. The court adopts the following dates and deadlines:

| | |
|---|---|
| Defendant to file Decertification Motion: | January 28, 2011 |
| Plaintiff to oppose Decertification Motion: | March 11, 2011 |
| Defendant to file Decertification Motion reply: | April 8, 2011 |
| Hearing on Decertification Motion: | April **21**, 2011 |
| Case Management Conference: | April **21**, 2011 |
| Post-*Wal-Mart v. Dukes* CMC (if necessary): | July **19**, 2011 |
| Expert disclosures: | September 16, 2011 |

| | | |
|---|---|---|
| 1 | Discovery to be completed (except expert): | October 7, 2011 |
| 2 | Expert discovery to be completed: | November 4, 2011 |
| 3 | Pretrial Conference: | November **15**, 2011 |
| 4 | Trial: | **Not Set** |

2. Either party, or both, may request a case management conference following the Supreme Court's anticipated ruling in *Wal-Mart v. Dukes* to assess the impact, if any, of the ruling on this action.

**December 5, 2011 is not available for trial.  A trial date will be set at the April 21st case management conference.**

Dated: **12/23/2010**

_____
CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE