```
 1  ERIC A. GROVER (SBN 136080)
    eagrover@kellergrover.com
 2  VALERIE L. SHARPE (Of Counsel) (SBN 191344)
    vsharpe@kellergrover.com
 3  KELLER GROVER LLP
 4  425 Second Street, Suite 500
    San Francisco, CA  94107
 5  Telephone:  (415) 543-1305
    Fax:  (415) 543-7861
 6
 7  Attorneys for Plaintiff
    CATHERINE E. SULLIVAN
 8
 9  E. JOSEPH CONNAUGHTON (SBN 166765)
    jconnaughton@paulplevin.com
10  AARON A. BUCKLEY
    abuckley@paulplevin.com
11  DOUGLAS R. CLIFFORD
    dclifford@paulplevin.com
12  PAUL, PLEVIN, SULLIVAN &
       CONNAUGHTON LLP
13  401 B Street, 10th Floor
    San Diego, CA  92101
14  Telephone: (619) 237-5200
    Fax: (619) 615-0700
15
16  Attorneys for Defendant
    KELLY SERVICES, INC.
17
```

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CATHERINE SULLIVAN, on behalf of herself and all others similarly situated,<br><br>   Plaintiff,<br><br>   v.<br><br>KELLY SERVICES, INC., and DOES 1 through 10 inclusive,<br><br>   Defendants. | Case No.:  C 08-03893 CW<br><br>Honorable Claudia Wilken<br><br><u>CLASS ACTION</u><br><br>**LOCAL RULE 7-12 STIPULATION REGARDING PROPOSED CLASS NOTICE**<br><br>Action filed: August 14, 2008 |

LOCAL RULE 7-12 STIPULATION AND [~~PROPOSED~~] ORDER REGARDING PROPOSED CLASS
NOTICE                                                             Case No. C 08-03893 CW

Pursuant to Local Rules 7-11 and 7-12, Plaintiff Catherine E. Sullivan ("Plaintiff") and Defendant Kelly Services, Inc. ("Defendant" or "Kelly"), through their respective counsel, hereby stipulate to the following:

1. The parties have agreed to the form and contents of a proposed class notice, which is attached hereto as Exhibit 1.

2. The parties request that the Court approve the attached proposed class notice as to form and content.

3. The parties do <u>not</u> agree as to the timing of class notice distribution. The parties will separately address timing issues in their respective administrative motions to be filed this date

**IT IS SO STIPULATED.**

Dated: December 23, 2010                                    Respectfully submitted,

**KELLER GROVER LLP**

By: _____/s/_____
ERIC A. GROVER
Attorneys for Plaintiff

Dated: December 23, 2010                                    **PAUL, PLEVIN, SULLIVAN & CONNAUGHTON LLP**

By: _____/s/_____
AARON A. BUCKLEY
Attorneys for Defendant
Kelly Services, Inc.

**PURSUANT TO THE STIPULATION, IT IS SO ORDERED.**

Dated: **12/23/2010**

The Honorable Claudia Wilken
United States District Court Judge

---

1
LOCAL RULE 7-12 STIPULATION AND [~~PROPOSED~~] ORDER REGARDING PROPOSED CLASS NOTICE                                    Case No. C 08-03893 CW