IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATHERINE E. SULLIVAN, | No. C 08-3893 CW |
| Plaintiff, | ORDER VACATING HEARING ON DEFENDANT'S MOTION TO STAY AND SETTING BRIEFING SCHEDULE |
| v. | |
| KELLY SERVICES, INC. and DOES 1 TO 10, inclusive, | |
| Defendants. | |

On January 18, 2011, Defendant Kelly Services, Inc., moved to stay proceedings on "class notice related issues." Defendant noticed the motion for hearing on March 3, 2011.

The Court VACATES the March 3, 2011 hearing. Plaintiff Catherine E. Sullivan's opposition to Defendant's motion to stay shall be due January 28, 2011. Defendant's reply, if necessary, shall be due February 4, 2011. Defendant's motion to stay will be decided on the papers.

IT IS SO ORDERED.

Dated: January 21, 2011

CLAUDIA WILKEN
United States District Judge