1   ERIC A. GROVER (SBN 136080)
    eagrover@kellergrover.com
2   VALERIE L. SHARPE (Of Counsel) (SBN 191344)
    vsharpe@kellergrover.com
3   **KELLER GROVER LLP**
4   425 Second St., Suite 500
    San Francisco, CA 94107
5   Telephone:  (415) 543-1305
    Fax:  (415) 543-7861
6

7   Attorneys for Plaintiff
    CATHERINE E. SULLIVAN
8

9   E. JOSEPH CONNAUGHTON (SBN 166765)
    jconnaughton@paulplevin.com
10  AARON A. BUCKLEY (SBN 202081)
    abuckley@paulplevin.com
11  DOUGLAS R. CLIFFORD (SBN 231971)
    dclifford@paulplevin.com
12  **PAUL, PLEVIN, SULLIVAN &**
      **CONNAUGHTON LLP**
13  401 B Street, 10th Floor
    San Diego, CA  92101
14  Telephone: (619) 237-5200
    Fax: (619) 615-0700
15

16  Attorneys for Defendant
    KELLY SERVICES, INC.
17
                    **UNITED STATES DISTRICT COURT**
18
                    **NORTHERN DISTRICT OF CALIFORNIA**
19

20  CATHERINE SULLIVAN, on behalf of herself    |   Case No.:  C 08-03893 CW
    and all others similarly situated,
21                                              |   Honorable Claudia Wilken
22              Plaintiff,
                                                |   CLASS ACTION
23         v.
                                                |   **NOTICE OF SETTLEMENT AND**
24  KELLY SERVICES, INC., and DOES l through    |   **STIPULATION AND ORDER**
    10 inclusive,
25                                              |   Action filed: August 14, 2008
26              Defendants.
27

28

---

NOTICE OF SETTLEMENTAND STIPULATION
Case No. C 08-03893 CW

1   The parties in the above-entitled matter have agreed upon all terms of a Memorandum of

2   Understanding ("MOU") setting out the key provisions of a class-wide settlement.  The   MOU

3   should be fully executed by February 1, 2011 and the parties intend to move quickly thereafter to

4   finalize a more detailed stipulation of settlement and present a motion for preliminary approval to

5   the Court.  In light of the parties' agreement to settle the matter, Plaintiff Catherine E. Sullivan

6   ("Plaintiff") and Defendant Kelly Services, Inc. ("Defendant" or "Kelly"), through their respective

7   counsel, hereby stipulate to the following:

8       1.    Defendant withdraws its motion for stay related to class notice (Docket No. 89)

9   without prejudice to renewing the motion if preliminary approval is not granted.

10       2.    Defendant will not file a decertification motion at this time.  The parties agree that

11   if preliminary approval is not granted, Defendant shall be permitted to file a decertification motion

12   in accordance with a schedule agreed to by the parties and approved by the Court.

13       3.    The parties request that the Court reserve the April 21, 2011 hearing date on which

14   the decertification motion was scheduled to be heard to hear the motion for preliminary approval.

15   **IT IS SO STIPULATED.**

16   Dated: February 1, 2011                         Respectfully submitted,

17                                       **KELLER GROVER LLP**

18                             By:  /s/ Eric A. Grover

19                                 ERIC A. GROVER
                              Attorneys for Plaintiff

20

21   Dated:  February 1, 2011                     **PAUL, PLEVIN, SULLIVAN &**

22                                       **CONNAUGHTON LLP**

23                             By:  /s/ Aaron A. Buckley

24                                 AARON A. BUCKLEY
                              Attorneys for Defendant

25

26

27

28

NOTICE OF SETTLEMENT AND STIPULATION
Case No. C 08-03893 CW

1    SIGNATURES UNDER GENERAL ORDER NO. 45

2          Pursuant to General Order No. 45 of the United States District Court, Northern District of

3    California, I, Eric A. Grover, the ECF User whose User ID and Password are used in the filing of

4    this document, hereby attest that the concurrence to the filing of this document has been obtained

5    from the other signatory to this document, Aaron A. Buckley, Esq.

6

7    Dated:  February 1, 2011                              Respectfully submitted,

8

9                                                              /s/ Eric A. Grover
                                                              Eric A. Grover
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF SETTLEMENT AND STIPULATION
Case No. C 08-03893 CW

1                                                     **ORDER**

2         Pursuant to the Notice of Settlement and Stipulation, Defendant's motion for stay (Docket

3 No. 89) is withdrawn without prejudice to renewing the motion if preliminary approval of the

4 settlement is not granted.   The motion for preliminary approval will be heard on April 21, 2011 at

5 2:00 p.m.   If preliminary approval is not granted and Defendant wishes to file a decertification

6 motion, the parties shall meet and confer and submit a proposed briefing schedule and hearing

7 date.

8 **IT IS SO ORDERED.**

9

10 Dated:   **2/1/2011**

11                                          The Honorable Claudia Wilken
                                         United States District Court Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER ON NOTICE OF SETTLEMENT AND STIPULATION
Case No. C 08-03893 CW