1  ERIC A. GROVER (SBN 136080)
   eagrover@kellergrover.com
2  VALERIE L. SHARPE (Of Counsel) (SBN 191344)
   vsharpe@kellergrover.com
3  **KELLER GROVER LLP**
4  1965 Market Street
   San Francisco, CA 94103
5  Telephone: (415) 543-1305
6  Fax: (415) 543-7861

7  Attorneys for Plaintiff
   CATHERINE E. SULLIVAN
8

9  E. JOSEPH CONNAUGHTON (SBN 166765)
   jconnaughton@paulplevin.com
10 AARON A. BUCKLEY (SBN 202081)
   abuckley@paulplevin.com
11 DOUGLAS R. CLIFFORD (SBN 231971)
   dclifford@paulplevin.com
12 **PAUL, PLEVIN, SULLIVAN &**
      **CONNAUGHTON LLP**
13 401 B Street, 10th Floor
   San Diego, CA  92101
14 Telephone: (619) 237-5200
   Fax: (619) 615-0700
15

16 Attorneys for Defendant
   KELLY SERVICES, INC.

17

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CATHERINE SULLIVAN, on behalf of herself and all others similarly situated, | Case No.:  C 08-03893 CW |
| | Honorable Claudia Wilken |
| Plaintiff, | |
| | <u>CLASS ACTION</u> |
| v. | |
| | **STIPULATION AND ORDER RE FILING DATE FOR MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT** |
| KELLY SERVICES, INC., and DOES 1 through 10 inclusive, | |
| Defendants. | |
| | Action filed: August 14, 2008 |

1  The parties in the above-entitled matter have agreed upon all terms of a Memorandum of
2 Understanding setting out the key provisions of a class-wide settlement and are currently working
3 on finalizing the Stipulation of Settlement and related documents needed for the motion for
4 preliminary approval, which is on the Court's calendar for April 21, 2011 at 2:00 p.m.  In light of
5 the fact that the motion for preliminary approval will be unopposed, Plaintiff Catherine E.
6 Sullivan ("Plaintiff") and Defendant Kelly Services, Inc. ("Defendant" or "Kelly"), through their
7 respective counsel, hereby request that the Court modify the normal briefing schedule set forth in
8 Civil L.R. 7-2 and 7-3 and set a filing date for the preliminary approval motion of April 7, 2011, a
9 date 14 days before the scheduled hearing.

**IT IS SO STIPULATED.**

Dated: March 31, 2011  Respectfully submitted,

**KELLER GROVER LLP**

By:  /s/ Eric A. Grover
ERIC A. GROVER
Attorneys for Plaintiff

Dated:  March 31, 2011  **PAUL, PLEVIN, SULLIVAN & CONNAUGHTON LLP**

By:  /s/ Aaron A. Buckley
AARON A. BUCKLEY
Attorneys for Defendant

1                 <u>SIGNATURES UNDER GENERAL ORDER NO. 45</u>

2       Pursuant to General Order No. 45 of the United States District Court, Northern District of California, I, Eric A. Grover, the ECF User whose User ID and Password are used in the filing of this document, hereby attest that the concurrence to the filing of this document has been obtained from the other signatory to this document, Aaron A. Buckley, Esq.

Dated: March 31, 2011                         Respectfully submitted,

                                                      <u>/s/ Eric A. Grover</u>
                                                             Eric A. Grover

STIPULATION AND [~~PROPOSED~~] ORDER
Case No. C 08-03893 CW

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# ORDER

For good cause appearing therefore, the parties' request to set a filing deadline of April 7, 2011 for the motion for preliminary approval is hereby granted.

**IT IS SO ORDERED.**

Dated: 3/31/2011

The Honorable Claudia Wilken
United States District Court Judge

1

[PROPOSED] ORDER
Case No. C 08-03893 CW