1  ERIC A. GROVER (SBN 136080)
   eagrover@kellergrover.com
2  VALERIE L. SHARPE (Of Counsel) (SBN 191344)
   vsharpe@kellergrover.com
3  **KELLER GROVER LLP**
   425 Second Street, Suite 500
4  San Francisco, California 94107
   Telephone:  (415) 543-1305
5  Fax:  (415) 543-7861

6
   Attorneys for Plaintiff
7  CATHERINE SULLIVAN

8                      **UNITED STATES DISTRICT COURT**

9                      **NORTHERN DISTRICT OF CALIFORNIA**

10

11  CATHERINE SULLIVAN, on behalf of herself     Case No.:  CV 08-03893 CW
    and all others similarly situated,
12                                               <u>CLASS ACTION</u>
          Plaintiff,
13                                               **ORDER GRANTING PLAINTIFF
          v.                                     CATHERINE SULLIVAN'S MOTION
14                                               FOR ADMINISTRATIVE RELIEF**

15  KELLY SERVICES, INC., and DOES l through     **[Local Rule 7-11]**
    10 inclusive,
16
          Defendants.
17                                               Action filed: August 14, 2008

18

19

20

21

22

23

24

25

26

27

28

1    Plaintiff Catherine Sullivan's ("Plaintiff") motion for administrative relief pursuant to Local

2   Rule 7-11 was submitted to the Court.

3    1.    Plaintiff's request to depose Michelle Titcomb, an alleged Class Member, regarding

4   her objections filed in this action on July 25, 2011 is GRANTED.  Plaintiff may proceed with the

5   August 15, 2011 deposition based on the subpoena served on July 27, 2011.  Plaintiff's request to

6   depose the custodian of records for the Law Offices of Darrell Palmer, counsel for objector,

7   regarding any fee agreement between the Law Offices of Darrell Palmer and Ms. Titcomb relating

8   to this action is GRANTED.  Plaintiff may proceed with the August 15, 2011 deposition based on

9   the subpoena served on July 27, 2011.

10   **IT IS SO ORDERED.**

11

12   Dated: ___**8/10/2011**___

13   The Honorable Claudia Wilken
     United States District Court Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
---
1

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR ADMINISTRATIVE RELIEF
CASE NO. CV 08-03893  CW