ERIC A. GROVER (SBN 136080)
eagrover@kellergrover.com
VALERIE L. SHARPE (Of Counsel) (SBN 191344)
vsharpe@kellergrover.com
**KELLER GROVER LLP**
1965 Market Street
San Francisco, California  94103
Telephone:  (415) 543-1305
Fax:  (415) 543-7861

Attorneys for Plaintiff
CATHERINE E. SULLIVAN


DARRELL PALMER (SBN 125147)
darrell.palmer@palmerlegalteam.com
**LAW OFFICES OF DARRELL PALMER**
603 North Highway 101, Suite A
Solana Beach, California 92075
Telephone:  (858) 792-5600
Fax:  (858) 792-5655

Attorneys for Objector
MICHELLE TITCOMB

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATHERINE SULLIVAN, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>KELLY SERVICES, INC., and DOES 1 through 10 inclusive,<br><br>Defendants. | Case No.:  C 08-03893 CW<br><br>Honorable Claudia Wilken<br><br><u>CLASS ACTION</u><br><br>**STIPULATION AND ORDER VACATING ORDER GRANTING PLAINTIFF'S CATHERINE SULLIVAN'S MOTION FOR ADMINISTRATIVE RELIEF**<br><br>Action filed: August 14, 2008 |

1   Plaintiff Catherine E. Sullivan ("Plaintiff") and Objector Michelle Titcomb ("Objector
2 Titcomb"), through their respective counsel, hereby stipulate to the following:
3   1. On August 10, 2011, the Court entered an Order granting Plaintiff's Motion for
4 Administrative Relief to depose Objector Titcomb and the custodian of records of the Law Offices
5 of Darrell Palmer. (Docket No. 121.)
6   2. On August 12, 2011, Objector Titcomb filed a Withdrawal of Objection. (Docket
7 No. 122.)
8   3. In light of the Withdrawal of Objection, there is no longer any need to depose
9 Objector Titcomb or the Law Offices of Darrell Palmer.
10  4. Although there is no longer any need to go forward with the depositions, Objector
11 Titcomb and Law Offices of Darrell Palmer have raised the possibility of challenging the Order
12 granting Plaintiff's Motion for Administrative Relief to depose Objector Titcomb and the Law
13 Offices of Darrell Palmer.
14  5. In an effort to conserve the resources of the parties and the Court, Plaintiff and
15 Objector Titcomb have reached agreement on a stipulation to request that the Court vacate the
16 Order granting Plaintiff's Motion for Administrative Relief to depose Objector Titcomb and the
17 Law Offices of Darrell Palmer.
18 **IT IS SO STIPULATED.**
19 Dated: August 16, 2011                            Respectfully submitted,
20                                                  **KELLER GROVER LLP**
21
22                                                  By:         /s/
23                                                      ERIC A. GROVER
                                                        Attorneys for Plaintiff
24
25 Dated: August 16, 2011                            **LAW OFFICES OF DARRELL PALMER**
26
27                                                  By:         /s/
                                                        DARRELL PALMER
28                                                      Attorneys for Objector
                                                        Michelle Titcomb

1

STIPULATION AND [PROPOSED] ORDER VACATING ORDER

Case No. C 08-03893 CW

1
2
**ORDER**

3
4
5
6
**In accordance with the above stipulation between Plaintiff and Objector Michelle Titcomb, the Court hereby vacates its Order granting Plaintiff Motion for Administrative Relief to depose Objector Michelle Titcomb and the custodian of records of the Law Offices of Darrell Palmer.**

7
8    Dated: 8/16/2011
9                                                                The Honorable Claudia Wilken
                                                                 United States District Court Judge

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## ATTESTATION OF CONCURRENCE

**Pursuant to the Court's General Order 45, section 10(B), I hereby attest that concurrence in the filing of this document has been obtained from the other signatory.**

**I declare under penalty of perjury under the laws of the United States of America that he foregoing declaration is true and correct to the best of my personal knowledge. Executed this 12th day of August 2011 in San Francisco, California.**

<u>*s/s Eric A. Grover*</u>

---

3

STIPULATION AND [~~PROPOSED~~] ORDER VACATING ORDER

Case No. C 08-03893 CW