ERIC A. GROVER (SBN 136080)
eagrover@kellergrover.com
VALERIE L. SHARPE (Of Counsel) (SBN 191344)
vsharpe@kellergrover.com
**KELLER GROVER LLP**
1965 Market Street
San Francisco, California 94103
Telephone:  (415) 543-1305
Fax:  (415) 543-7861

Attorneys for Plaintiff
CATHERINE SULLIVAN and
CLASS COUNSEL

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATHERINE E. SULLIVAN, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>KELLY SERVICES, INC, and DOES 1 TO 10, inclusive,<br><br>Defendants. | Case No. CV 08-03893 CW<br><br>[PROPOSED] **JUDGMENT ON ORDER OF FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND DISMISSAL OF ACTION WITH PREJUDICE**<br><br>Date:     September 15, 2011<br>Time:    2:00 p.m.<br>Crtrm:   2, 4th Floor<br><br>Hon. Claudia Wilken |

---

[PROPOSED] JUDGMENT RE FINAL APPROVAL OF CLASS ACTION SETTLEMENT
Case No. CV 08-03893 CW

PURSUANT TO THE ORDER GRANTING FINAL APPROVAL OF CLASS ACTION SETTLEMENT ENTERED ON SEPTEMBER 15, 2011, IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

Judgment as to the Released Claims of the settlement Class Members, as defined in the Joint Stipulation of Settlement and Release Between Plaintiff and Defendant ("Stipulation"), shall be entered in the above-captioned action.

The settlement Class Members include members of a settlement class, defined as all former and current temporary employees of Kelly Services, Inc. who, after having begun an assignment with a Kelly customer, subsequently participated in an unpaid interview arranged by Kelly for an assignment with a Kelly customer or potential customer in California at any time between August 14, 2004 and May 16, 2010, inclusive.

Except as to the 26 timely opt-outs, the Released Claims, as defined in the Stipulation at paragraphs 14 and 24, of the settlement Class Members are dismissed with prejudice.

Without affecting the finality of this Judgment, this Court shall retain exclusive and continuing jurisdiction over the above-captioned action and the parties, including all settlement Class Members, for purposes of supervising, administering, implementing, enforcing, and interpreting the Stipulation and the Order Granting Unopposed Motion for Final Approval of Class Action Settlement and Granting Final Award of Attorneys' Fees and Expenses, Class Representative's Enhancement and Individual Settlement, and Claims Administration Fees entered by the Court on September 15, 2011.

**IT IS SO ORDERED.**

Dated: September 15, 2011

_____
HON. CLAUDIA WILKEN
United States District Court Judge

Respectfully submitted,

Dated: August 25, 2011

**KELLER GROVER LLP**

_____/s/ Eric A. Grover_____
ERIC A. GROVER
Attorneys for Plaintiff Sullivan

---

1
[~~PROPOSED~~] JUDGMENT RE FINAL APPROVAL OF CLASS ACTION SETTLEMENT
Case No. CV 08-03893 CW