ERIC A. GROVER (SBN 136080)
eagrover@kellergrover.com
VALERIE L. SHARPE (Of Counsel) (SBN 191344)
vsharpe@kellergrover.com
**KELLER GROVER LLP**
1965 Market Street
San Francisco, California 94103
Telephone: (415) 543-1305
Fax: (415) 543-7861

Attorneys for Plaintiff
CATHERINE SULLIVAN and
CLASS COUNSEL

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATHERINE E. SULLIVAN, on behalf of herself and all others similarly situated,<br><br>   Plaintiff,<br>v.<br><br>KELLY SERVICES, INC, and DOES 1 TO 10, inclusive,<br><br>   Defendants. | Case No. CV 08-03893 CW<br><br>**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Date:   September 15, 2011<br>Time:  2:00 p.m.<br>Crtrm: 2, 4th Floor<br><br>Hon. Claudia Wilken |

The motion of Plaintiff Catherine E. Sullivan ("Plaintiff") for an order granting final approval of the proposed class action settlement between Plaintiff and Defendant Kelly Services, Inc. ("Defendant") (collectively the "Parties") came on for hearing on September 15, 2011, the Honorable Claudia Wilken presiding. The Court has considered the Joint Stipulation of Settlement and Release Between Plaintiff and Defendant ("Stipulation"), Notice of Proposed Class Action Settlement and Final Fairness and Approval Hearing ("Class Notice"), all written submissions of counsel, all record evidence, and oral argument. The matter having been submitted, due and adequate notice having been given to Class Members as required by the Court's Order Granting Motion for Preliminary Approval of Class Action Settlement ("Preliminary Approval Order") dated April 21, 2011, and the Court having received no objections to the Settlement, and having determined that the settlement is fair, adequate and reasonable, and otherwise being fully informed, and good cause appearing therefor, hereby ORDERS AS FOLLOWS:

1. All defined terms contained herein shall have the same meaning as set forth in the Stipulation executed by the Parties and filed with this Court.

2. The Court has jurisdiction over the subject matter of this proceeding and over all Parties to this proceeding, including all Class Members.

3. Distribution of the Notice and Claim Form directed to the Class Members as set forth in the Stipulation has been completed in conformity with the Preliminary Approval Order, including individual notice to all Class Members who could be identified through reasonable effort, and the best notice practicable under the circumstances. The Notice provided due and adequate notice of the proceedings and of the matters set forth in the Preliminary Approval Order, including the proposed Settlement as set forth in the Stipulation. The Notice provided adequate and appropriate notice to all persons entitled to such Notice, and therefore fully satisfied the requirements of due process. With the exception of the individuals who submitted timely and valid requests for exclusion, all Class Members and all Released Claims are covered

1

[PROPOSED] ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR FINAL
APPROVAL OF CLASS ACTION SETTLEMENT
Case No. CV 08-03893 CW

by and included within the Settlement and within this Final Approval Order.

4.     The Court hereby finds the Settlement was entered into in good faith. The Court hereby approves the Settlement as set forth in the Stipulation and finds that the Settlement is, in all respects, fair, adequate, and reasonable, and directs the parties to effectuate the Settlement according to the terms set forth in the Stipulation. The Court finds that the Settlement has been reached as a result of intensive, serious, and non-collusive arms-length negotiations. In granting final approval of the Stipulation, the Court has considered the nature of the claims, the amounts and kinds of benefits paid in settlement, the allocation of settlement proceeds among the Settlement Class Members, and the fact that a settlement represents a compromise of the parties' respective positions rather than the result of a finding of liability at trial. Additionally, the Court finds that the terms of the Stipulation have no obvious deficiencies and do not improperly grant preferential treatment to any individual Class Member.

5.     As of the date of this Final Approval Order and the effective date as set forth in the Stipulation, each and every settled claim of each Class Member who did not timely opt-out is and shall be deemed to be conclusively released as against the released parties (as set forth the Stipulation at paragraph 24). Except as to such rights or claims that may be created by the Settlement, all Class Members as of the date of this Final Approval Order and the effective date who did not timely opt-out are hereby forever barred and enjoined from prosecuting any of the Released Claims against any of the released parties

6.     The Court hereby finds the total settlement amount provided for in the Settlement to be fair, reasonable and adequate. The settlement provides for a monetary common fund, the Maximum Gross Fund Value, of $2,750,000 from which Class Members' settlement payments will be made. The settlement provides for five years of injunctive relief consisting of payment of at least minimum wage to Kelly temporary employees in California who attend interviews arranged by Kelly with Kelly customers or potential customers.

7.     The Court approves the Parties' agreement to accept late but otherwise valid

2

[PROPOSED] ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR FINAL
APPROVAL OF CLASS ACTION SETTLEMENT
Case No. CV 08-03893 CW

claims postmarked no later than September 15, 2011, provided that the late claims do not cause the total claims amount to exceed 35% of the Maximum Net Fund Value, the minimum payment amount set by the Stipulation which the claims submitted by the original July 25, 2011 claims deadline did not reach.

8.   The Court approves the settlement of the "Released Claims" in the Stipulation at Paragraphs 14 and 24, and the allocation of the amount that constitutes the Maximum Net Fund Value to settle these claims.  The Court hereby authorizes and directs the Claims Administrator to calculate any payments for all Qualified Claimants in accordance with the terms of the Stipulation.

9.   If the Settlement does not become final and effective in accordance with the terms of the Stipulation, this Final Approval Order and all orders entered in connection herewith, including the Judgment on this Order, shall be vacated and shall have no further force or effect.

10.   The Court hereby dismisses the class claims and Plaintiffs' individual claims based on Labor Code §§ 201-203, 218, 218.5, 226, 1194, 119.2, 2802, and related Business & Professions Code §§ 17200, *et seq.* and Industrial Welfare Commission Wage Order No. 4 claims with prejudice.  Without affecting the finality of the Settlement or the Judgment to be entered hereon, this Court shall retain exclusive and continuing jurisdiction over the action and the Parties, including all Class Members, for purposes of enforcing and interpreting the Settlement, this Order and the claims process established therein.

11.   Plaintiff's Unopposed Motion for Final Approval of Class Action Settlement is GRANTED.

**IT IS SO ORDERED.**

Dated: September 20, 2011

HON. CLAUDIA WILKEN
United States District Court Judge